AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-00126-LM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*



U.S.D_ _CT COURT_
DIS_ _CT OF N.H_
FILED
2015 J__ 29  P 12: 14

This summons for *(name of individual and title, if any)*  Mega Energy Holdings LLC

was received by me on *(date)*  06/24/2015  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Kevin Wood at Capitol Corporate Services , who is designated by law to accept service of process on behalf of *(name of organization)*  Mega EnergyHoldings LLC  at 1 Old Loudon Road Concord  on *(date)*  06/25/2015  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $  76.00  for travel and $  90.00  for services, for a total of $  166.00  .

I declare under penalty of perjury that this information is true.

Date:  06/25/2015

*Kathleen M. Bersaw*
Server's signature

Kathleen M. Bersaw
*Printed name and title*

139 Tully Brook Road
Richmond, NH 03470

*Server's address*

Additional information regarding attempted service, etc:
Mega failed to return Waiver of Service sent in April.
Service made upon their Registered Agent as accepted by them as such.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-00126-LM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

U.S. DISTRICT COURT
DIS[TRICT] OF N.H
2015 [JUN 29] P 12: 14

This summons for *(name of individual and title, if any)* Mega Energy of New Hampshire LLC
was received by me on *(date)* 06/24/2015.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kevin Wood - Capitol Corporate Services, who is designated by law to accept service of process on behalf of *(name of organization)* Mega Energy of NH LLC at 1 Old Loudon Road Concord NH on *(date)* 06/25/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/25/15

*Server's signature*: Kathleen M. Bersaw

Kathleen M. Bersaw
*Printed name and title*

139 Tully Brook Road
Richmond, NH 03470
*Server's address*

Additional information regarding attempted service, etc:
Mega failed to return Waiver of Service sent in April.
Service made upon their Registered Agent and accepted by them as such.