UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DOUGLAS BERSAW | § |
| | § Civil Action No. 1:15-CV-00126-LM |
| V. | § |
| | § |
| MEGA ENERGY HOLDINGS, LLC | § |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendant file this stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and state as follows:

1. An agreement was reached between Plaintiff and Defendant, and thus Plaintiff no longer wishes to prosecute this lawsuit against Defendant. Defendant, who has answered and appeared herein, agrees to the dismissal.

2. This case is not a class action. A receiver has not been appointed in this action. This case is not governed by any federal statute that requires an order of the court for dismissal of the case. And, Plaintiff has not dismissed an action against Defendant based on or including the same claims as those presented in this lawsuit.

3. Plaintiff and Defendant agree that they will bear their own attorney's fees, litigation expenses and costs incurred in litigating and resolving this lawsuit.

4. This dismissal is without prejudice to re-filing.

Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this case hereby stipulate to the dismissal, without prejudice, of all causes of action by all parties to this case, with all costs of court to be charged to the party incurring same.

Respectfully submitted,

*[signature: Karen A. Pickett]*

Karen A. Pickett (NH Bar #11347)
Pickett Law Offices, P.C.
22 Batterymarch St., 4th Floor
Boston, MA 02109
Tel. (617) 423-0485
Fax. (617) 482-6677
kpickettlaw@gmail.com

Misty Gasiorowski (pro hac pending)
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 961-9045
(713) 961-5341 Fax
mgasiorowski@wkpz.com

*Attorneys for Defendant Mega Energy Holdings LLC*

*[signature: Douglas Bersaw]*

Douglas Bersaw
139 Tully Brook Road
Richmond, NH 03470
thebersaws@ihmmedia.net

*Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I delivered a true and correct copy of the foregoing via regular mail and electronic service on the 24th day of July, 2015 to all parties and counsel listed below:

Douglas Bersaw
139 Tully Brook Road
Richmond, NH 03470
thebersaws@ihmmedia.net

_____
Karen Pickett